**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00423-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM PEREZ

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED JUDGE CHRISTINE M. ARGUELLO

    Pursuant to agreement between counsel and telephone conference with Chambers staff, the Change of Plea Hearing for Defendant Perez currently scheduled for March 3, 2010 at 8:15 a.m. is RESET to March 3, 2010 **at 10:00 a.m.**

    DATED: March 2, 2010